

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00596-CV

| | |
|---|---|
| IN RE CEDRIC LEWIS AARON, Relator | § Original Proceeding |
| | § Criminal District Court No. 4 of |
| | § Tarrant County, Texas |
| | § Trial Court No. 1826487 |
| | § November 25, 2025 |
| | § Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its October 10, 2025 arrest warrants.

Because we do not have jurisdiction to grant Aaron's habeas relief, we dismiss relator's petition and his motion for emergency relief to the extent they seek his release from confinement.

The writ will issue only if the trial court fails to comply.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
      Justice Brian Walker